IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JOHN TOMPKINS,              *
                            *
     Plaintiff,             *
                            *
     v.                     *     CV 120-186
                            *
EMPYREAN SERVICES, INC.,    *
                            *
     Defendant.             *
                            *
```

O R D E R

Before the Court is the Parties' "Third Joint Renewed Motion for Court Approval of FLSA Settlement and Release Agreement." (Doc. 18.) The Court previously approved attorney's fees and costs in the amount of $6,100.00. (See Doc. 17.) The Parties now seek an additional $400.00 for *pro hac vice* admission fees. (Doc. 18, at 2.) Although the Parties cite various cases where *pro hac vice* admissions fees have been granted, none are binding in the Southern District of Georgia. Instead, this District has repeatedly determined that "[t]he *pro hac vice* fee is an expense of counsel, not the client, and is thus not recoverable." Cathey v. Sweeney, No. CV 205-202, 2007 WL 1385657, at *1 (S.D. Ga. May 8, 2007); see also Rolland v. Textron, Inc., No. CV105-023, 2008 WL 11401778, at *1 (S.D. Ga. Dec. 31, 2008); Misener Marine Const., Inc. v. Norfolk Dredging Co., No. 404CV146, 2008 WL 5046174, at *10 (S.D. Ga. Nov.

24, 2008), aff'd, 594 F.3d 832 (11th Cir. 2010); Chishom v. Berryhill, No. CV 117-136, 2019 WL 1672430, at *1 (S.D. Ga. Mar. 26, 2019), *report and recommendation adopted*, 2019 WL 1653914 (S.D. Ga. Apr. 17, 2019); Doyle v. Berryhill, No. CV 117-144, 2018 WL 6332848, at *1 (S.D. Ga. Nov. 6, 2018), *report and recommendation adopted*, 2018 WL 6331692 (S.D. Ga. Dec. 4, 2018). Thus, yet again, the Court **DENIES** the Parties motion. The Court suggest the Parties be mindful before filing their next motion. This case has been settled since February and it has taken entirely too long to resolve the issue of attorney's fees and costs. Given Plaintiff's Counsels' vast experience with FLSA cases, this is unacceptable.

The Parties **SHALL AMEND** their settlement agreement and release to reflect the adjusted attorney's fees and costs herein. Within **SEVEN (7) DAYS** of the date of this Order, the Parties may file on the public docket a revised motion for approval of settlement agreement with an amended agreement appended that addresses the issues discussed herein.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of July, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA