# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JOHN TOMPKINS, )<br>Individually and for Others Similarly )<br>Situated )<br>   )<br>   Plaintiff, )<br>   )<br>V. )<br>   )<br>EMPYREAN SERVICES, LLC )<br>   )<br>   Defendant. ) | CIVIL ACTION FILE NO.<br>1:20-CV-00186-JRH-BKE |

## FOURTH JOINT RENEWED MOTION FOR COURT APPROVAL OF FLSA SETTLEMENT AND RELEASE AGREEMENT

COME NOW all of the parties herein, and hereby file this Fourth Joint Renewed Motion for Court Approval of FLSA Settlement and Release Agreement.

Pursuant to the Court's Order denying the Parties' Third Joint Renewed Motion for Court Approval of FLSA Settlement and Release Agreement (Doc. 19), the Parties respectfully submit the attached amended settlement agreement for Court approval. The Parties incorporate arguments and authorities from their prior motions to approve (Docs 8; 12) (Parties' motions for settlement approval).

The Parties' amended settlement agreement reduces the settlement allocation towards out-of-pocket expenses by $400.00 and re-allocates that amount to Mr. Tompkins's net settlement proceeds. The settlement reflects $6,100.00 in attorney's fees and case expenses, which was previously approved by this Court.

WHEREFORE, the parties respectfully request the Court grant the instant Joint Motion and approve the attached Settlement Agreement. A proposed Order is attached for the Court's convenience.

Respectfully submitted this 3rd day of August, 2021.

| | |
|---|---|
| **JOSEPHSON DUNLAP, LLP** | **FREEMAN MATHIS & GARY, LLP** |
| *s/ Carl A. Fitz* | *s/ John D. Bennett* |
| Carl A. Fitz | John D. Bennett |
| Texas Bar No 24105863 | Georgia Bar No. 059212 |
| 11 Greenway Plaza, Suite 3050 | Andrew J. Kim |
| Houston, Texas 77046 | Georgia Bar No. 488753 |
| T: 713.352.1100 | 100 Galleria Parkway, Suite 1600 |
| F: 713.352.3300 | Atlanta, Georgia  30339-5948 |
| E: cfitz@mybackwages.com | T:  770.818.0000 |
| | F:  770.937.9960 |
| *Counsel for Plaintiff* | E:  jbennett@fmglaw.com |
| | E:  akim@fmglaw.com |
| | *Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| **JOHN TOMPKINS,** Individually and for Others Similarly Situated | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| V. | ) ) | CIVIL ACTION FILE NO. 1:20-CV-00186-JRH-BKE |
| **EMPYREAN SERVICES, LLC** | ) ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the within and foregoing **FOURTH JOINT RENEWED MOTION FOR COURT APPROVAL OF FLSA SETTLEMENT AND RELEASE AGREEMENT** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorney of record who is a CM/ECF participant:

Carl A. Fitz
Josephson Dunlap, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

This 3rd day of August, 2021.

*s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212

-3-