IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN TOMPKINS, | \* |
| Plaintiff, | \* |
| v. | \* CV 120-186 |
| EMPYREAN SERVICES, INC., | \* |
| Defendant. | \* |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 22.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of August, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA